# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 23-64-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| ARMONDO ANTHONY RONQUILLO, | |
| Defendant. | |

Before the Court is the United States of America's Unopposed Motion for Final Order of Forfeiture (Doc. 29). Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on January 3, 2024 (Doc. 26).

3. All known interested parties were provided an opportunity to respond and publication has been completed as required by 21 U.S.C. § 853(n)(1) (Doc. 28).

4. Kenneth Fudge made a claim for the Bond Arms, Model Rough N Rowdy, 45/410 bore derringer, (SN: 202599) on February 10, 2021. The United States agrees that Kenneth Fudge's claim should be granted and the Bond Arms,

Model Rough N Rowdy, 45/410 bore derringer, (SN: 202599) should be returned to him.

5. The United States has concluded that Preston Andrews is the rightful owner of the Ruger, Model Security 9, 9mm caliber pistol (SN: 384-02047) and that this firearm should be returned to Preston Andrews.

6. The United States has concluded that Nicholas Zickuhr is the rightful owner of the Kimber, Model Micro 9, 9mm caliber pistol, (SN: TB0016973) and that this firearm should be returned to Nicholas Zickuhr.

7. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 29) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- Ruger, Model Security 9, 9mm caliber pistol (SN: 384-02047);
- Kimber, Model Micro 9, 9mm caliber pistol, (SN: TB0016973);
- Approximately 100 rounds of assorted caliber ammunition;
- Keltec, Model P11 9mm caliber pistol, (SN: 70539); and
- Ten (10) rounds of assorted ammunition.

3. Pursuant to the claim filed by Kenneth Fudge on February 10, 2024, and agreement by the government, the United States is directed to return the Bond Arms, Model Rough N Rowdy, 45/410 bore derringer, (SN: 202599) to Mr. Fudge.

4. Pursuant to the agreement by the government, the United States is directed to return the Ruger, Model Security 9, 9mm caliber pistol (SN: 384-02047) to Preston Andrews.

5. Pursuant to the agreement by the government, the United States is directed to return the Kimber, Model Micro 9, 9mm caliber pistol (SN: TB0016973) to Nicholas Zickuhr.

6. The United States shall have full and legal title to the other forfeited property and may dispose of it in accordance with law.

DATED this 25th day of March, 2024.

_____
SUSAN P. WATTERS
United States District Court Judge